ANDREA T. MARTINEZ, United States Attorney (#7226)
NATHAN D. LYON, Special Assistant United States Attorney (#10171)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

FILED US District Court -UT
MAR 09 '22 PM 12:03

**SEALED**

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TIMOTHY DANIEL SPENCER,<br><br>Defendant. | INDICTMENT<br><br>Count 1: 18 U.S.C. § 922(a)(6), False Statement During Attempted Acquisition of a Firearm<br><br><br>Case: 1:22-cr-00034<br>Assigned To : Sam, David<br>Assign. Date : 3/9/2022 |

The Grand Jury charges:

### COUNT 1
18 U.S.C. § 922(a)(6)
(False Statement During Attempted Acquisition of a Firearm)

On or about December 3, 2021, in the District of Utah,

TIMOTHY DANIEL SPENCER,

defendant herein, in connection with the attempted acquisition of a firearm, to wit: a .22 caliber Mossberg 702 long gun, from a licensed firearm dealer within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement intended and likely to deceive the firearm dealer with respect to any fact material to the lawfulness of such acquisition of the firearm, that is, he falsely answered "no" on

ATF form 4473 asking whether he was under information or indictment for a felony or any other crime for which the judge could imprison him for more than one year, when, as he then knew, the answer was untrue; all in violation of 18 U.S.C. § 922(a)(6).

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

ANDREA T. MARTINEZ
United States Attorney

_____
NATHAN D. LYON
Special Assistant United States Attorney

2